**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.<br><br>Defendants. | Civil Action No. 04cv11600 (RGS) |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.<br><br>Defendants. | Civil Action No. 04cv11642 (RGS) |

[caption continues on next page]

**JOINT MOTION TO EXTEND TIME TO RESPOND TO MOTIONS OF PLAINTIFFS IN THE GILLIAM ACTION, THE BOGATIN FAMILY TRUST ACTION, THE AWALI ACTION, THE GROESCHEL ACTION AND THE FALLERT ACTION FOR CONSOLIDATION AND FOR APPOINTMENT OF TRI-LEAD COUNSEL AND <u>APPOINTMENT OF LIASON COUNSEL</u>**

| | |
|---|---|
| CYNTHIA A. BENNETT and GUY E. MILLER,<br><br>                                        Plaintiff,<br>v.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.<br><br>                                        Defendants. | Civil Action No. 04 cv11651 (RGS) |
| GHASSAN J. AWALI, et al., Individually And On Behalf Of All Others Similarly Situated,<br><br>                                        Plaintiff,<br>v.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.<br><br>                                        Defendants. | Civil Action No. 04cv11709 (RGS) |
| WILLIAM S. GROESCHEL, Individually And On Behalf Of All Others Similarly Situated,<br><br>                                        Plaintiff,<br>v.<br><br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.<br><br>                                        Defendants. | Civil Action No. 04cv11735 (RGS) |

[caption continues on next page]

| | |
|---|---|
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, ROSE M. IANNACCONE, PRESLEY CL PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN AND FIDELITY CONTRAFUND, <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al. <br><br> Defendants. | Civil Action No. 04cv11756 (RGS) |
| DAVID O. FALLERT, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al. <br><br> Defendants. | Civil Action No. 04cv11812 (RGS) |

3

Plaintiffs, except Cynthia A. Bennett and Guy E. Miller, in the above-captioned actions jointly move this Court to extend the time to respond to Plaintiffs' Motion for Consolidation of Related Cases and Plaintiffs' Motion for Appointment of Tri-Lead Counsel and Appointment of Liaison Counsel ("Consolidation Motion") to and including October 7, 2004. As grounds for this motion the parties state that Counsel in the *Haugen* Action was not served with the Consolidation Motion and only recently learned of its existence. An extension of time is therefore necessary to give the *Haugen* Plaintiffs an adequate chance to respond.

Dated: September 15, 2004                                    Respectfully submitted,

| | |
|---|---|
| /s/ Michelle H. Blauner | /s/ Nancy Freeman Gans |
| Michelle H. Blauner (BBO #549049) | Nancy Freeman Gans (BBO #184540) |
| SHAPIRO HABER & URMY LLP | MOULTON & GANS, P.C. |
| 53 State Street | 33 Broad Street, Suite 1100 |
| Boston, Massachusetts 02109 | Boston, Massachusetts 02109-4216 |
| (617) 439-3939 | (617) 369-7979 |
| | |
| Counsel for Plaintiffs NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, ROSE M. IANNACCONE, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN AND FIDELITY COUNTRAFUND | Counsel for Plaintiffs JAMES GILLIAM, WILLIAM S. GROESCHEL, GHASSAN J. AWALI, MARINA BERTI, VALERIEX A. DASPIT, ARTHUR G. DENKER, RANDALL C. HEWYARD, STANLEY H. KRUPA, NICOLE LENZI, DAVID M. LUCOFF, JOSEPH F. MARTINGANO, MICHAEL S. MENDOLIA, PATRICIA K. MUNSHAW, BRIAN D. REESE, JAY J. RUPP, GILBERT P. TRAVIS, JEWEL R. TRAVIS and DAVID O. FALLERT and Proposed Liaison Counsel |

| | |
|---|---|
| Lynn Lincoln Sarko<br>Michael D. Woerner<br>Gretchen F. Cappio<br>KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Telephone: (206) 623-1900 | Steven G. Schulman<br>Janine L. Pollack<br>Kim E. Levy<br>Michael R. Reese<br>MILBERG WEISS BERSHAD & SCHULMAN LLP<br>One Pennsylvania Plaza<br>New York, New York 10119-0165<br>(212) 594-5300<br><br>Counsel for Plaintiff JAMES GILLIAM and Proposed Tri-Lead Counsel |
| Ron Kilgard<br>Gary Gotto<br>KELLER ROHRBACK P.L.C.<br>National Bank Plaza<br>3101 North Central Avenue, Suite 900<br>Phoenix, AZ 85012<br>Telephone: (602) 248-0088 | Jules Brody<br>Aaron Brody<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, New York 10017<br>(212) 687-7230<br><br>Counsel for Plaintiffs WILLIAM S. GROESCHEL, GHASSAN J. AWALI, MARINA BERTI, VALERIEX A. DASPIT, ARTHUR G. DENKER, RANDALL C. HEYWARD, STANLEY H. KRUPA, NICOLE LENZI, DAVID M. LUCOFF, JOSEPH F. MARTINGANO, MICHAEL S. MENDOLIA, PATRICIA K. MUNSHAW, BRIAN D. REESE, JAY J. RUPP, GILBERT P. TRAVIS, JEWEL R. TRAVIS and DAVID O. FALLERT and Proposed Tri-Lead Counsel |
| Michael J. Brickman<br>James C. Bradley<br>Nina H. Fields<br>RICHARDSON, PATRICK,<br>WESTBROOK & BRICKMAN, LLC<br>174 East Bay Street<br>Charleston, SC 29401<br>Telephone: (842) 727-6500 | |
| Guy M. Burns<br>Jonathan S. Coleman<br>Becky Ferrell-Anton<br>JOHNSON, POPE, BOKOR, RUPPEL &<br>BURNS, L.L.P.<br>100 North Tampa Street, Ste. 1800<br>Tampa, FL 33602<br>Telephone: (813) 225-2500 | Arthur L. Shingler, III<br>SCOTT + SCOTT, LLC<br>Wells Fargo Building<br>401 B Street, Suite 30<br>San Diego, California 92101<br>(619) 233-4565<br><br>Counsel for Plaintiff JAMES GILLIAM and Proposed Tri-Lead Counsel |

5

Charles J. Piven
Marshall N. Perkins
LAW OFFICES OF CHARLES J. PIVEN, P.A.
The World Trace Center - Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21201
(410) 332-0030

Counsel for Plaintiff JAMES GILLIAM

Marc A. Topaz
Richard A. Maniskas
SCHIFFRIN BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004
(610) 667-7706

David Pastor (BBO #39100)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
(781_ 231-7850

Counsel for Plaintiff BOGATIN FAMILY TRUST

Joseph H. Weiss
Richard A. Acocelli
WEISS & YOURMAN
551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

Counsel for Plaintiffs WILLIAM S. GROESCHEL, GHASSAN J. AWALI, MARINA BERTI, VALERIEX A. DASPIT, ARTHUR G. DENKER, RANDALL C. HEYWARD, STANLEY H. KRUPA, NICOLE LENZI, DAVID M. LUCOFF, JOSEPH F. MARTINGANO, MICHAEL S. MENDOLIA, PATRICIA K. MUNSHAW, BRIAN D. REESE, JAY J. RUPP, GILBERT P. TRAVIS, JEWEL R. TRAVIS and DAVID O. FALLERT