UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2004 SEP 27 P 4:48
U.S. DISTRICT COURT
DISTRICT OF MASS.

JAMES BOGATIN FAMILY TRUST, Individually
And On Behalf Of All Others Similarly Situated,

Plaintiffs,

v.

FIDELITY MANAGEMENT & RESEARCH
COMPANY, et al.,

Defendants.

Civil Action No. 04cv11642 (RGS)

## NOTICE OF APPEARANCE OF JAMES S. DITTMAR, P.C. ON BEHALF OF DEFENDANTS FIDELITY MANAGEMENT & RESEARCH COMPANY, et al.

Pursuant to Local Rule 83.5.2, please enter the appearance of James S. Dittmar, P.C. in the above-captioned matter on behalf of Defendants Fidelity Management & Research Company, FMR Co., Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson III, Abigail P. Johnson, Edward C. Johnson IV, Elizabeth L. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds, Robert C. Pozen, and J. Gary Burkhead.

Respectfully submitted,

FIDELITY MANAGEMENT & RESEARCH
COMPANY, et al.

By their attorneys,

James S. Dittmar, P.C. (BBO # 126320)
Christopher D. Moore (BBO # 630651)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Tel: 617-570-1944
E-Mail: jdittmar@goodwinprocter.com

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of above document was served upon the attorney(s) of record for each other party by mail/hand on 9/27/04.

Dated: September 27, 2004

LIBA/1416088.1