AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

BOGATIN FAMILY TRUST, Individually and on Behalf of All Others Similarly Situated,

V.

FIDELITY MANAGEMENT AND RESEARCH COMPANY, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04cv11642NGS

TO: (Name and address of Defendant)

Person Designated to Accept Service
Fidelity Distributors Corporation
82 Devonshire Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 7-23-04

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  JULY 30, 2004 |
| NAME OF SERVER *(PRINT)*  BARBARA L. BEDUGNIS | TITLE  CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 82 DEVONSHIRE STREET, BOSTON, MASS.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO LAURA THOLEN, DIRECTOR, AND PERSON DESIGNATED TO ACCEPT SERVICE. SAID SERVICE WAS MADE AT FIDELITY DISTRIBUTORS CORPORATION, 82 DEVONSHIRE STREET, BOSTON, MASSACHUSETTS.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  $11.00 | SERVICES  $25.00 | TOTAL  $36.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   JULY 30, 2004          *Signature of Server*
                   Date               BARBARA L. BEDUGNIS, CONSTABLE
                                      ROSCOE, BEDUGNIS & ASSOCIATES
                                      15 COURT SQUARE, SUITE 450
                                      BOSTON, MASSACHUSETTS   02108
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.