AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

BOGATIN FAMILY TRUST, Individually
and on Behalf of All Others Similarly
Situated,

V.

FIDELITY MANAGEMENT AND RESEARCH
COMPANY, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04cv11642 NG

TO: (Name and address of Defendant)

Person Designated to Accept Service
FMR CO., INC.
One Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                        7-23-04
                                             DATE

(By) DEPUTY CLERK

§AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE AUGUST 2, 2004 |
| NAME OF SERVER (PRINT) BARBARA L. BEDUGNIS | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 82 DEVONSHIRE STREET, BOSTON, MA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO MELISSA SHEA, ASSOCIATE LEGAL COUNSEL AT FIDELITY MANAGEMENT AND RESEARCH COMPANY, 82 DEVONSHIRE STREET BOSTON, MASSACHUSETTS.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $11.00 | SERVICES $25.00 | TOTAL $36.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  AUGUST 2, 2004       *Signature of Server* BARBARA L. BEDUGNIS, CONSTABLE
                 Date
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.