UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated, )
)
) Civil Action No. 04cv11642 (RGS)
Plaintiff, )
)
vs. )
)
FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., )
)
Defendants. )

---

**NOTICE OF APPEARANCE**

Please take notice that Wm. Shaw McDermott hereby enters his appearance on behalf of the Nominal Defendant Fidelity Funds in Civil Action No. 04-11642 (RGS).

Respectfully submitted,

*/s/ Wm. Shaw McDermott*
Wm. Shaw McDermott (BBO # 330860)
Amy B. Abbott (BBO # 648072)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA  02109
(617) 261-3100
smcdermott@kl.com

Dated: November 8, 2004