UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated,

    Plaintiff,

vs.

FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al.,

    Defendants.

Civil Action No. 04cv11642 (RGS)

---

## NOTICE OF APPEARANCE

Please take notice that Amy B. Abbott hereby enters her appearance on behalf of the Nominal Defendant Fidelity Funds in Civil Action No. 04-11642 (RGS).

    Respectfully submitted,

    */s/ Amy B. Abbott*
    Wm. Shaw McDermott (BBO # 330860)
    Amy B. Abbott (BBO # 648072)
    KIRKPATRICK & LOCKHART LLP
    75 State Street
    Boston, MA  02109
    (617) 261-3100
    aabbott@kl.com

Dated: November 8, 2004