# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

BOGATIN FAMILY TRUST,

    Plaintiff,

    v.

FIDELITY MANAGEMENT AND
RESEARCH CO., ET AL,

    Defendants.

CA. NO. 04-11642-NG

## *NOTICE*

November 18, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **10:30 a.m., Friday, December 3, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

To:  ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**