# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Christine E. Morin
Todd. S. Heyman
Matthew L. Tuccillo
Lara A. Sutherlin

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
mblauner@shulaw.com

November 29, 2004

BY HAND

The Honorable Nancy Gertner
United States District Judge
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 4130
Boston, MA  02210

The Honorable Marianne B. Bowler
Chief Magistrate Judge
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 8420
Boston, MA  02210

Re:   *Haugen et al. v. Fidelity Management and Research Co. et al.*,
United States District Court for the District of Massachusetts,
Civil Action No. 04-11756 MLW

Dear Judge Gertner and Magistrate Judge Bowler:

We are counsel for the plaintiffs in the above-referenced action (the "*Haugen* Action") currently pending before Judge Wolf. Both Matthew J. Tuttle, on behalf of the plaintiffs in *Bennett v. Fidelity Management and Research Co., et al.,*, United States District Court for the District of Massachusetts, Civil Action No. 04-11651 MLW (the "*Bennett* Action"), and James S. Dittmar, counsel for defendants in the *Haugen* and *Bennett* Actions, have written letters responding to issues pertaining to the consolidation of the *Haugen* and *Bennett* Actions with *Gilliam v. Fidelity Management & Research Co. et al.*, No. 04-11600 NG  (the "*Gilliam* Action") and other class actions pending in this Court.[1]

---

[1] The other class actions are: *Bogatin Family Trust v. Fidelity Management & Research Co. et al.*, No. 04-11642 NG, *Awali et al. v. Fidelity Management and Research Co. et al*, No. 04-11709 MLW; *Groeschel v. Fidelity Management and Research Co. et al.*, No. 04-11735 GAO; and *Fallert v. Fidelity*

## SHAPIRO HABER & URMY LLP

The Honorable Nancy Gertner
The Honorable Marianne B. Bowler

Page 2
November 29, 2004

     We agree with Messrs. Tuttle and Dittmar on the fundamental point that the *Haugen* and *Bennett* Actions, which bring derivative claims pertaining to excessive management fees, should not be consolidated with the Class Actions pertaining to illicit revenue sharing. For the reasons set forth in our Memorandum of Law in Opposition to Motions for Appointment of Tri-Lead Counsel and for Consolidation, the *Haugen* Plaintiffs submit that the excessive management fee cases should proceed independently of the Class Actions alleging revenue sharing.

                             Sincerely,

                             Michelle Blauner

cc:    The Honorable Mark L. Wolf (By Hand)
         The Honorable George A. O'Toole, Jr. (By Hand)
         Service List (By First Class Mail)

---

*Management and Research Co. et al.*, No. 04-11812 MLW. Together with the *Gilliam* Action, they are referred to collectively as the "Class Actions."

## SERVICE LIST

Nancy F. Gans
Moulton & Gans, PC
33 Broad Street
Suite 1100
Boston, MA 02109

Arthur L. Shingler, III
Scott + Scott, LLC
401 B Street, Suite 307
San Diego, CA 92101

Charles J. Piven
Law Offices of Charles J. Piven, P.A
The World Trade Center - Baltimore
401 East Pratt Street
Baltimore, MD 21202

Janine L. Pollack
Milberg, Weiss, Bershad, Hynes & Lerach
One Penn Plaza
New York City, NY 10002

Matthew J. Tuttle
Perkins Smith & Cohen
One Beacon Street, 30 th Floor
Boston, MA 02108-3106

David Pastor
Gilman and Paston LLP
Stonehill Corporate Center
999 Broadway
Suite 500
Saugus, MA 01906

Jules Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Joseph Weiss
Weiss & Yourman
551 Fifth Avenue
New York, NY 10176

Thomas R Grady
Grady & Associates
720 Fifth Avenue South
Suite 200
Naples, FL 34102

James S. Dittmar
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

C. Neil Gray
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Gary Gotto
Keller Rohrback P.L.C.
National Bank Plaza
3101 North Central Avenue, Ste. 900
Phoenix, AZ 85012

Michael D. Woerner
Keller Rohrback L.L.P.
1201 Third Avenue, Ste. 3200
Seattle, WA 98101-3052

Michael J. Brickman
Richardson, Patrick, Westbrook & Brickman, LLC
174 East Bay Street
Charleston, SC 29401

Guy M. Burns
Johnson, Pope, Bokor, Ruppel & Burns, L.L.P.
100 North Tampa Street, Ste. 1800
Tampa, FL 33602

Mark A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East
Bala Cynwyd, PA 19004

William Shaw McDermott
Kirkpatrick & Lockhart
75 State Street
Boston, MA 02109