UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| JAMES GILLIAM, Individually And On Behalf Of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., )<br>)<br>Defendants. ) | Civil Action No. 04cv11600 (NG) |
| BOGATIN FAMILY TRUST, Individually And On Behalf Of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., )<br>)<br>Defendants. ) | Civil Action No. 04cv11642 (NG) |
| CYNTHIA A. BENNETT and GUY E. MILLER, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., )<br>)<br>Defendants. ) | Civil Action No. 04cv11651 (MLW) |

*[Caption continues on next page]*

## NOTICE OF APPEARANCE

21841531v1

| | |
|---|---|
| ------------------------------------------------------------------------ | |
| GHASSAN J. AWALI, et al., Individually And On Behalf Of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Civil Action No. 04cv11709 (MLW) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) ) |
| Defendants. | ) ) |
| ------------------------------------------------------------------------ | ) |
| WILLIAM S. GROESCHEL, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Civil Action No. 04cv11735 (GAO) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) ) |
| Defendants. | ) |
| ------------------------------------------------------------------------ | ) |
| NANCY HAUGEN, MICHAEL F. MAGNAN, KAREN L. MAGNAN, ROSE M. IANNACCONE, PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, and CINDY SCHURGIN, for the use and benefit of FIDELITY MAGELLAN AND FIDELITY CONTRAFUND, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Civil Action No. 04cv11756 (MLW) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) ) |
| Defendants. | ) |
| ------------------------------------------------------------------------ | |

*[Caption continues on next page]*

2

---------------------------------------------------------------------------
DAVID O. FALLERT, Individually And On )
Behalf Of All Others Similarly Situated, )
)
                            Plaintiff, )
)
                vs. )   Civil Action No. 04cv11812 (MLW)
)
FIDELITY MANAGEMENT AND RESEARCH )
COMPANY, et al., )
)
                            Defendants. )
---------------------------------------------------------------------------

Please enter the appearance of Sandra Sue McQuay and Sullivan Weinstein & McQuay, P.C. as counsel for Defendants J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald C. McDonough, and William S. Stavropoulos (collectively, the "Independent Trustee Defendants")[1] in the above-captioned matters.

                            Respectfully submitted,

                            /s/ Sandra Sue McQuay

                            _____
                            Sandra Sue McQuay (BBO No. 340120)
                            SULLIVAN WEINSTEIN & MCQUAY, PC
                            2 Park Plaza
                            Boston, Massachusetts  02116
                            Telephone (617) 348-4300
                            smcquay@swmlawyers.com

---

[1] Plaintiffs have indicated that their proposed amended complaint will not include currently named defendant Thomas R. Williams, a former Independent Trustee who was not served and is deceased.

21841531v1